AO 440 (Rev. 06/12) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 2:24-cv-12195
Hon. David M. Lawson

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Universal Protection Services
was received by me on *(date)* wed 8/28/24

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Melisa Jimenez, who is designated by law to accept service of process on behalf of *(name of organization)* Universal Protection Services d/b/a Allied Security Services, LLC 3410 Belle chase way #600 Lansing, MI 48911 on *(date)* wed 8/28/24 1:10am ; or c/o CSC Lawyers

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 8/28/24

*Server's signature*

Michael J. Clevenger
Process Server
*Printed name and title*

119 E. Kalamazoo St Lansing MI 48933
*Server's address*

Additional information regarding attempted service, etc: