UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ELG, a minor by Parent and Next Friend LATOREYA TILL, | Case No. 2:24-cv-12195 Hon. David M. Lawson |
| Plaintiff, | |
| v. | |
| JUDGE KENNETH KING, individually; UNIVERSAL PROTECTION SERVICES d/b/a ALLIED UNIVERSAL SECURITY SERVICES and/or ALLIED UNIVERSAL SECURITY SERVICES, LLC; JOHN DOE COURT OFFICER, individually; and JANE ROE COURT OFFICER individually, | |
| Defendants. | |

| | |
|---|---|
| **FIEGER, FIEGER, KENNEY & HARRINGTON, P.C.**<br>JAMES J. HARRINGTON (P65351)<br>GARY N. FELTY, JR. (P55554)<br>Attorneys for Plaintiff<br>19390 West Ten Mile Road<br>Southfield, Michigan 48075<br>(248) 355-5555/F: (248) 355-3148<br>j.harrington@fiegerlaw.com<br>g.felty@fiegerlaw.com | VALERIE HENNING MOCK (P55572)<br>MATTHEW J. HIGH (P82783)<br>WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP<br>Attorneys for Defendant Universal Protection Service, LLC d/b/a Allied Universal Security Services<br>17197 N Laurel Park Drive, Ste 201<br>Livonia, MI 48152<br>(313) 327-3100 / (313) 327-3101 (F)<br>valerie.mock@wilsonelser.com<br>matthew.high@wilsonelser.com |

# EXHIBIT 1

{01691553.DOCX}

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELG, a minor by Parent and
Next Friend LATOREYA TILL,

          Plaintiff,

v.

JUDGE KENNETH KING,
individually; UNIVERSAL
PROTECTION SERVICES
d/b/a ALLIED UNIVERSAL
SECURITY SERVICES
and/or ALLIED UNIVERSAL
SECURITY SERVICES, LLC;
JOHN DOE COURT
OFFICER, individually; and
JANE ROE COURT OFFICER
individually,

          Defendants.

Case No. 2:24-cv-12195
Hon. David M. Lawson

| **FIEGER, FIEGER, KENNEY & HARRINGTON, P.C.** | VALERIE HENNING MOCK (P55572) |
|---|---|
| JAMES J. HARRINGTON (P65351) | MATTHEW J. HIGH (P82783) |
| GARY N. FELTY, JR. (P55554) | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP |
| Attorneys for Plaintiff | Attorneys for Defendant Universal Protection Service, LLC d/b/a Allied Universal Security Services |
| 19390 West Ten Mile Road | |
| Southfield, Michigan 48075 | 17197 N Laurel Park Drive, Ste 201 |
| (248) 355-5555/F: (248) 355-3148 | Livonia, MI 48152 |
| j.harrington@fiegerlaw.com | (313) 327-3100 / (313) 327-3101 (F) |
| g.felty@fiegerlaw.com | valerie.mock@wilsonelser.com |
| | matthew.high@wilsonelser.com |

**<u>NOMINATION BY ELG TO APPOINT LATOREYA HILL AS NEXT FRIEND</u>**

I, ▮▮▮▮▮▮▮▮▮▮, being a minor over fourteen years old, hereby nominate my mother, LATOREYA TILL to be my Next Friend for the purpose of bringing this cause of action against the defendants for the injuries and losses sustained by me because of an incident that occurred on August 13, 2024.

_____

8/18/24
Date

{01666587.DOCX}