UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELG, a minor by Parent and
Next Friend LATOREYA TILL,

           Plaintiff,

v.

JUDGE KENNETH KING,
individually; UNIVERSAL
PROTECTION SERVICES
d/b/a ALLIED UNIVERSAL
SECURITY SERVICES
and/or ALLIED UNIVERSAL
SECURITY SERVICES, LLC;
JOHN DOE COURT
OFFICER, individually; and
JANE ROE COURT OFFICER
individually,

           Defendants.

Case No. 2:24-cv-12195
Hon. David M. Lawson

**FIEGER, FIEGER, KENNEY
& HARRINGTON, P.C.**
JAMES J. HARRINGTON (P65351)
GARY N. FELTY, JR. (P55554)
Attorneys for Plaintiff
19390 West Ten Mile Road
Southfield, Michigan 48075
(248) 355-5555/F: (248) 355-3148
j.harrington@fiegerlaw.com
g.felty@fiegerlaw.com

VALERIE HENNING MOCK (P55572)
MATTHEW J. HIGH (P82783)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
Attorneys for Defendant Universal
Protection Service, LLC d/b/a Allied
Universal Security Services
17197 N Laurel Park Drive, Ste 201
Livonia, MI 48152
(313) 327-3100 / (313 327-3101 (F)
valerie.mock@wilsonelser.com
matthew.high@wilsonelser.com

## EXHIBIT 2

{01691558.DOCX}

FIEGER LAW • A PROFESSIONAL CORPORATION • ATTORNEYS AND COUNSELORS AT LAW • 19390 WEST TEN MILE ROAD • SOUTHFIELD, MICHIGAN 48075-2463 • TELEPHONE (248) 355-5555 • FAX (248) 355-5148

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELG, a minor by Parent and
Next Friend LATOREYA TILL,

Case No. 2:24-cv-12195
Hon. David M. Lawson

Plaintiff,

v.

JUDGE KENNETH KING,
individually; UNIVERSAL
PROTECTION SERVICES
d/b/a ALLIED UNIVERSAL
SECURITY SERVICES
and/or ALLIED UNIVERSAL
SECURITY SERVICES, LLC;
JOHN DOE COURT
OFFICER, individually; and
JANE ROE COURT OFFICER
individually,

Defendants.

| **FIEGER, FIEGER, KENNEY & HARRINGTON, P.C.** | VALERIE HENNING MOCK (P55572) |
|---|---|
| JAMES J. HARRINGTON (P65351) | MATTHEW J. HIGH (P82783) |
| GARY N. FELTY, JR. (P55554) | WILSON, ELSER, MOSKOWITZ, |
| Attorneys for Plaintiff | EDELMAN & DICKER, LLP |
| 19390 West Ten Mile Road | Attorneys for Defendant Universal |
| Southfield, Michigan 48075 | Protection Service, LLC d/b/a Allied |
| (248) 355-5555/F: (248) 355-3148 | Universal Security Services |
| j.harrington@fiegerlaw.com | 17197 N Laurel Park Drive, Ste 201 |
| g.felty@fiegerlaw.com | Livonia, MI 48152 |
| | (313) 327-3100 / (313 327-3101 (F) |
| | valerie.mock@wilsonelser.com |
| | matthew.high@wilsonelser.com |

## CONSENT TO APPOINTMENT AS NEXT FRIEND OF MINOR PLAINTIFF, ELG

FIEGER LAW · A PROFESSIONAL CORPORATION · ATTORNEYS AND COUNSELORS AT LAW · 19390 WEST TEN MILE ROAD · SOUTHFIELD, MICHIGAN 48075-2463 · TELEPHONE (248) 355-5555 · FAX (248) 355-3148

I, LATOREYA TILL, hereby consent to the appointment as Next Friend of E███████████ a minor, for the purpose of bringing this cause of action against the defendants for the injuries and losses sustained by minor Plaintiff, E███████████ because of an incident that occurred on August 13, 2024.

_LaToreya Till_
LATOREYA TILL

8/18/2024
Date