UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELG, a minor child by next friend,
LATOREYA TILL,

                    Plaintiffs,                         Case Number 24-12195
v.                                                      Honorable David M. Lawson

KENNETH KING, UNIVERSAL PROTECTION
SERVICES, JOHN DOE COURT OFFICER,
and JANE DOE COURT OFFICER,

                    Defendants.
_____/

### ORDER GRANTING MOTION TO APPOINT NEXT FRIEND

The matter is before the Court on Latoreya Till's motion to be appointed next friend for her minor child, presently denoted as ELG.  Till brings this civil rights suit on behalf of ELG, which grows out of allegations that ELG allegedly was mistreated during a fieldtrip to Michigan's 36th District Court.  Federal Rule of Civil Procedure 17(c) allows a minor without a guardian or conservator to sue by a next friend or by guardian *ad litem*.  Under Rule 17, "[t]he court must appoint a *guardian ad litem* — or issue another appropriate order — to protect a minor . . . who is unrepresented in an action."  Fed. R. Civ. P. 17(c)(2).  Till indicates that she is ELG's mother, and the Court finds that appointing her as ELG's next friend will protect ELG's interests.

Accordingly, it is **ORDERED** that Latoreya Till's motion to appoint herself as next friend for ELG (ECF No. 12) is **GRANTED**.

It is further **ORDERED** that Till is **APPOINTED** as next friend of ELG for the purpose of prosecuting this lawsuit, and she will be responsible for prosecuting the case on behalf of the minor plaintiff and responsible for the costs of the action.

                                        s/David M. Lawson
                                        DAVID M. LAWSON
                                        United States District Judge

Dated:   October 9, 2024