UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELG, a minor child by next friend,
LATOREYA TILL,

                Plaintiffs,                Case Number 24-12195
v.                                                   Honorable David M. Lawson

KENNETH KING, UNIVERSAL PROTECTION
SERVICES, JOHN DOE COURT OFFICER,
and JANE DOE COURT OFFICER,

                Defendants.
_____/

## ORDER DIRECTING DEFENDANT TO ANSWER THE COMPLAINT

On September 30, 2024, defendant Kenneth King filed a motion to dismiss the complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure (ECF No. 11). The motion to dismiss will be set for a hearing in due course. Rule 12(a)(4) authorizes the Court to set a time for serving an answer when a motion has been served under Rule 12. *Hill v. Blue Cross and Blue Shield of Michigan*, 237 F.R.D. 613, 617 (E.D. Mich. 2006) ("[T]his Court recognizes that Rule 12(a)(4) also provides that a court may order an answer to be filed at a time *other than* after the motion to dismiss has been denied or the court has postponed consideration of the motion.") (citing Fed. R. Civ. P. 12(a)(4)). The Court believes that having the defendant's answer filed before the motion to dismiss is decided will advance the progress of the litigation.

Accordingly, it is **ORDERED** defendant Kenneth King must file his answer to the complaint **on or before November 14, 2024**.

                                                                       s/David M. Lawson
                                                                       DAVID M. LAWSON
                                                                       United States District Judge

Dated: October 24, 2024