UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELG, a minor by Parent and Next Friend LATOREYA TILL,

          Plaintiff,

v.

JUDGE KENNETH KING, individually; UNIVERSAL PROTECTION SERVICES d/b/a ALLIED UNIVERSAL SECURITY SERVICES and/or ALLIED UNIVERSAL SECURITY SERVICES, LLC; JOHN DOE COURT OFFICER, individually; and JANE ROE COURT OFFICER individually,

          Defendants.

Case No. 2:24-cv-12195
Hon. David M. Lawson

---

| **FIEGER, FIEGER, KENNEY & HARRINGTON, P.C.**<br>JAMES J. HARRINGTON (P65351)<br>GARY N. FELTY, JR. (P55554)<br>Attorneys for Plaintiff<br>19390 West Ten Mile Road<br>Southfield, Michigan 48075<br>(248) 355-5555/F: (248) 355-3148<br>j.harrington@fiegerlaw.com<br>g.felty@fiegerlaw.com | **THE PERKINS LAW GROUP**<br>TODD RUSSELL PERKINS (P55623)<br>Attorney for Defendant<br>615 Griswold, Suite 400<br>Detroit, Michigan 48226<br>(313) 964-1702<br>tperkins@perkinslawgroup.net |
|---|---|

_____

                                      **WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP**
VALERIE HENNING MOCK (P55572)
MATTHEW J. HIGH (P82783)
Attorneys for Defendant Universal
Protection Service, LLC d/b/a Allied
Universal Security Services
17197 N Laurel Park Drive, Ste 201
Livonia, MI 48152
(313) 327-3100 / (313) 327-3101 (F)
valerie.mock@wilsonelser.com

_____

## PLAINTIFF'S REPLY TO DEFENDANTS ALLIED UNIVERSAL SECURITY SERVICES LLC AND JANE ROE COURT OFFICER'S AFFIRMATIVE DEFENSES

NOW COMES Plaintiff, ELG, a minor by Parent and Next Friend LATOREYA TILL, by and through her attorneys, FIEGER, FIEGER, KENNEY & HARRINGTON, P.C., and in Answer to Defendants Allied Universal Security Services LLC and Jane Roe Court Officer's Affirmative Defenses hereby states as follows:

    1.    Denied as untrue.

    2.    Denied as untrue.

    3.    Denied as untrue.

    4.    Denied as untrue.

5. Denied as untrue.

6. Denied as untrue.

7. Denied as untrue.

8. Denied as untrue.

9. Denied as untrue.

10. Denied as untrue.

11. Denied as untrue.

12. Denied as untrue.

13. Denied as untrue.

14. Denied as untrue.

15. Denied as untrue.

16. Denied as untrue.

17. Denied as untrue.

18. Denied as untrue.

19. Denied as untrue.

20. Denied as untrue.

21. Denied as untrue.

22. Denied as untrue.

23. Denied as untrue.

24. Denied as untrue.

25. Denied as untrue.

26. Denied as untrue.

27. Denied as untrue.

28. Denied as untrue.

29. Denied as untrue.

30. Denied as untrue.

31. Denied as untrue.

32. Denied as untrue.

33. Denied as untrue.

34. Denied as untrue.

35. Denied as untrue.

36. Denied as untrue.

37. Denied as untrue.

38. Denied as untrue.

39. Plaintiff neither admits nor denies as this is not an affirmative defense, but an intent.

40. Plaintiff denies that the Defendants may reserve the right to file additional affirmative defenses.

Respectfully submitted,

*/s/ Gary N. Felty, Jr.*
JAMES J. HARRINGTON (P65351)
GARY N. FELTY, JR. (P55554)
FIEGER, FIEGER, KENNEY &
HARRINGTON, P.C.
Attorneys for Plaintiff
19390 West Ten Mile Road
Southfield, Michigan 48075
(248) 355-5555
g.felty@fiegerlaw.com

Dated: 11/14/2024

### CERTIFICATE OF SERVICE

I hereby certify that on 11/14/2024, I served this foregoing instrument to all counsel of record and with the Clerk of the Court using the ECF system.

I further hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: N/A

/s/ Gary N. Felty, Jr.
JAMES J. HARRINGTON (P65351)
GARY N. FELTY, JR. (P55554)
FIEGER, FIEGER, KENNEY
& HARRINGTON, P.C.
Attorneys for Plaintiff
19390 West Ten Mile Road
Southfield, MI 48075
(248) 355-5555
g.felty@fiegerlaw.com