UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELG, a minor by Parent and Next
Friend LATOREYA TILL,

          Plaintiff,

v.

JUDGE KENNETH KING,
individually; UNIVERSAL
PROTECTION SERVICES
d/b/a ALLIED UNIVERSAL
SECURITY SERVICES and/or
ALLIED UNIVERSAL
SECURITY SERVICES, LLC;
JOHN DOE COURT OFFICER,
individually; and JANE ROE
COURT OFFICER individually,

          Defendants.

Case No. 2:24-cv-12195
Hon. David M. Lawson

---

| **FIEGER, FIEGER, KENNEY & HARRINGTON, P.C.** | **THE PERKINS LAW GROUP** |
|---|---|
| JAMES J. HARRINGTON (P65351) | TODD RUSSELL PERKINS (P55623) |
| GARY N. FELTY, JR. (P55554) | Attorney for Defendant |
| Attorneys for Plaintiff | 615 Griswold, Suite 400 |
| 19390 West Ten Mile Road | Detroit, Michigan 48226 |
| Southfield, Michigan 48075 | (313) 964-1702 |
| (248) 355-5555/F: (248) 355-3148 | tperkins@perkinslawgroup.net |
| j.harrington@fiegerlaw.com | |
| g.felty@fiegerlaw.com | |

_____

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**
VALERIE HENNING MOCK (P55572)
MATTHEW J. HIGH (P82783)
Attorneys for Defendant Universal
Protection Service, LLC d/b/a Allied
Universal Security Services
17197 N Laurel Park Drive, Ste 201
Livonia, MI 48152
(313) 327-3100 / (313 327-3101 (F)
valerie.mock@wilsonelser.com
matthew.high@wilsonelser.com
_____

## PLAINTIFF'S REPLY TO DEFENDANT JUDGE KENNETH KING'S AFFIRMATIVE DEFENSES

NOW COMES Plaintiff, ELG, a minor by Parent and Next Friend LATOREYA TILL, by and through her attorneys, FIEGER, FIEGER, KENNEY & HARRINGTON, P.C., and in Answer to Defendant Judge Kenneth King's Affirmative Defenses hereby states as follows:

1.      Denied as untrue.

2.      Denied as untrue.

3.      Denied as untrue.

4.      Denied as untrue.

5.      Denied as untrue.

6.      Denied as untrue.

7.      Denied as untrue.

8.      Denied as untrue.

Plaintiff denies that the Defendant may reserve the right to file additional

affirmative defenses.

Respectfully submitted,

*/s/ Gary N. Felty, Jr.*
JAMES J. HARRINGTON (P65351)
GARY N. FELTY, JR. (P55554)
FIEGER, FIEGER, KENNEY &
HARRINGTON, P.C.
Attorneys for Plaintiff
19390 West Ten Mile Road
Southfield, Michigan 48075
(248) 355-5555
g.felty@fiegerlaw.com

Dated: 11/27/2024

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on 11/27/2024, I served this foregoing instrument to all counsel of record and with the Clerk of the Court using the ECF system.

I further hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: N/A

<u>/s/Gary N. Felty, Jr.</u>
JAMES J. HARRINGTON (P65351)
GARY N. FELTY, JR. (P55554)
FIEGER, FIEGER, KENNEY
& HARRINGTON, P.C.
Attorneys for Plaintiff
19390 West Ten Mile Road
Southfield, MI 48075
(248) 355-5555
g.felty@fiegerlaw.com