UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ELG, et al.,

                Plaintiff(s),

v.                                      Case No. 2:24−cv−12195−DML−KGA
                                               Hon. David M. Lawson

Kenneth King, et al.,

                Defendant(s),

## ORDER REQUIRING RESPONSE

The following document has been filed:

      Motion for Alternate Service − #39

IT IS HEREBY ORDERED that All Defendants shall file a response to the above document on or before April 17, 2025. The response shall be filed in accordance with E.D. Mich. L.R. 7.1.

                                      s/Kimberly G. Altman
                                      Kimberly G. Altman
                                      U.S. Magistrate Judge

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/Drunetta J Jennings
                                  Case Manager

Dated:  April 3, 2025