MIED (Rev. 04/09/06) Notice of Appeal

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ELG, a minor child by next friend,
LATOREYA TILL,

        Plaintiff(s),

Case No. 24-cv-12195

v.

David M. Lawson

KENNETH KING, et al

        Defendant(s).
_____/

## NOTICE OF APPEAL

Notice is hereby given that <u>Kenneth King</u> appeals to the United States Court of Appeals for the Sixth Circuit from the: ☐ Judgment  ☑ Order

☐ Other: <u>ECF 51 Order Nedying Defendant's Motion to Dismiss based on qualified immunity</u>

entered in this action on <u>May 22, 2025</u>.

Date: June 18, 2025

Counsel is: RETAINED

/s/Todd Perkins

Todd Perkins P55623
The Perkins Law Group, PLLC
615 Griswold, Ste 400
Detroit, MI 48226
313.964.1702
tperkins@perkinslawgroup.net

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $605.00 check payable to: Clerk, U.S. District Court.