UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ELG, et al.,

                         Plaintiff(s),

v.                                              Case No. 2:24–cv–12195–DML–KGA
                                                Hon. David M. Lawson
Kenneth King, et al.,

                         Defendant(s).

_____

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

             United States Court of Appeals for the Sixth Circuit
             Potter Stewart U.S. Courthouse
             100 East Fifth Street, Fifth Floor
             Cincinnati, OH   45202–3988

and all interested parties, by electronic means or first class U.S. mail, on June 20, 2025.


                              KINIKIA D. ESSIX, CLERK OF COURT


                              By: s/ L Hamka_____
                                  Deputy Clerk


Dated:   June 20, 2025