MIED (Rev. 5/05) Request for Clerk's Entry of Default

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Till et al

    Plaintiff(s),

v.

King et al

    Defendant(s).

Case No. 2:24-cv-12195

Judge   Hon. David M. Lawson

Magistrate Judge   Kimberly G. Altman

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of Default be entered against **Keith Taylor** for failure to plead or otherwise defend.

## AFFIDAVIT

In support of my request for Clerk's Entry of Default, I state that:

1. The summons and complaint were served on May 12, 2025 via First Class Mail Per 04/29/25 Order at c/o the 36th District Court Service Director (Anika Williams) and c/o the 36th District Court Chief Judge William McConico by First Class Mail Per Judge Altmans 04/29/25 Order to 421 Madison Street, Detroit, MI 48226.
[certified mail, regular mail, personal service, waiver of service]

2. The defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3. The defendant is not an infant, incompetent person or a member of the military service.

4. This statement is true and is signed under the penalty of perjury.

Date: 06/23/2025

Signature
P55554
Bar No.
19390 West Ten Mile Road
Street Address
Southfield, MI 48075
City, State, Zip Code
(248) 355-5555 Ext. 315
Telephone Number
g.felty@fiegerlaw.com
Primary Email Address