## INDEX OF EXHIBITS

1. Affidavit of Jeffrey Menzer
2. Fieger Letter and Envelope
3. Affidavit of Non Service by -Cesselie Herbert-Wix
4. Order Granting in Part Plaintiff's Motion for Alternate Service
5. Letter and Envelope from 36th District Court