# EXHIBIT

# 1

_____
_____
(Court Level and Jurisdiction)

_____

Plaintiff

-vs-

_____

Defendant

Case No: 2:24-cv-12195

## AFFIDAVIT

I, Jeffrey Menzer, of Woodhaven, in Wayne, Michigan, MAKE OATH AND SAY THAT:

1. Process Server, Jeffrey Menzer, gathered credible information from Anika Williams, Service Director of the 36th District Court, that she has knowledge that the defendant, Keith Taylor, works at the 36th District Court. After diligent attempts made by the Process Server, personal service could not be completed on defendant, Keith Taylor.

2. Friday, February 28, 2025 at 11:30 AM: Process server, Jeff Menzer, makes several attempts on different floors of the 36th District Court located at 421 Madison Ave., Detroit MI 48226 to make personal contact with defendant, Keith Taylor to no avail. Process server, Jeff Menzer, then makes physical contact with Anika Williams on the 5th floor. Anika Williams advises Jeff Menzer that she is the Service Director in charge of all the Michigan Court Officers that work inside the 36th District Court. Anika Williams further advises Jeff Menzer that she knows Keith Taylor and advises that he is a part time Michigan District Court Officer that works Tuesdays and Wednesdays at the court. The process server gives Anika Williams his personal cell phone number. Anika Williams advises the process server that she will personally call Jeff Menzer on Wednesday, March 5, 2025, to arrange for Keith Taylor to be personally served outside the court building.

Page 1 of 2

3. Wednesday, March 5, 2025: The process server, Jeff Menzer, never received any phone call from Anika Williams.

4. Tuesday, March 11, 2025 at 10:30 AM: Process server, Jeff Menzer, arrives at the 36th District Court and finds out that Anika Williams was not at the court building and that she is out of work on personal reasons. The process server spends an hour at the court in an attempt to locate the defendant Keith Taylor to no avail.

5. Tuesday, March 18, 2025 at 11:30 AM: Process server, Jeff Menzer, arrives at the 36th District Court and makes contact with Brenda Matthews who advises Jeff Menzer that she is the Building Manager of the 36th District Court. Brenda Matthews is advised of my intent to personally serve Keith Taylor and the past contact information with Anika Williams. Brenda Matthews calls Anika Williams on her cell phone in front of Jeff Menzer. Brenda Matthews advises Jeff Menzer that Anika Williams was not in the building at this time.

STATE OF MICHIGAN

COUNTY OF WAYNE

SUBSCRIBED AND SWORN TO BEFORE ME, on the 26th day of March, 2025

_____ (Signature)

Jeffrey Menzer

Signature _____ (Seal)
NOTARY PUBLIC
My Commission expires:
11-04-27

KELLY LEKITY
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES Nov 4, 2027
ACTING IN COUNTY OF Wayne