# EXHIBIT

# 2

# FIEGER, FIEGER, KENNEY & HARRINGTON

A PROFESSIONAL CORPORATION

ATTORNEYS & COUNSELORS AT LAW
19390 WEST TEN MILE ROAD
SOUTHFIELD, MI 48075-2463
TELEPHONE (248) 355-5555
FAX (248) 355-5148
WEBSITE: FIEGERLAW.COM

GARY N. FELTY, JR.                                    E-MAIL: G.FELTY@FIEGERLAW.COM

July 25, 2025

**VIA FIRST-CLASS MAIL and**
**CERTIFIED TRACKING NO. 9589 0710 5270 3178 6688 64**
Keith Taylor
20312 Westhaven
Southfield, MI 48075

Re:     ELG, a minor by Parent and Next Friend Latoreya Till v Judge Kenneth King, et al
        Our File No. 23923
        Case No.: 2:24-cv-12195

Dear Mr. Taylor:

Please be advised that the undersigned represents Plaintiff, ELG, a minor by Parent and Next Friend Latoreya Till, in the above-described lawsuit. Enclosed please find a copy of Plaintiff's First Amended Complaint ECF No. 30, Order Granting in Part Plaintiff's Motion for Alternate Service ECF No. 39, Clerk's Entry of Default ECF No. 58 and Request for Clerk's Entry of Default ECF No. 55.

Thank you.

Very truly yours,

Fieger, Fieger, Kenney & Harrington, P.C.

Gary N. Felty Jr.

GFJ/nps
Enclosures

{01834580.DOCX}



**First Class Mail**

**FIEGER LAW**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS AT LAW
19390 WEST TEN MILE ROAD
SOUTHFIELD, MICHIGAN 48075-2463

TO: Keith Taylor
20312 Westhaven
Southfield, MI
48075

FIRST CLASS MAIL  Z3923

**First Class Mail**

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Keith Taylor
20312 Westhaven
Southfield, MI 48075

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☒ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
9589 0710 5270 3178 6688 64

9590 9402 9500 5069 0240 79

PS Form 3811, July 2020 PSN 7530-02-000-9053  Domestic Return Receipt

CERTIFIED MAIL

FIRST CLASS