# EXHIBIT

# 3

## AFFIDAVIT OF NON SERVICE

STATE OF MICHIGAN     )
                      )SS
COUNTY OF MACOMB      )

I, CESSELIE HERBERT-WIX, being duly sworn, depose and state the following:

1. On 3/20/2025, I attempted personal service of the First Amended Complaint upon Keith Taylor at his place of employment, (36th District Court 421 Madison St. Detroit, Mi. 48226) at 12:32 pm.

2. I spoke to Lt. Underwood who stated that the Chief Judge of 36th District Court gave him a directive not to allow service of process on anyone located on Court property, including, Keith Taylor.

3. I was asked to leave and was unable to personally serve Keith Taylor.

4. I attempted to locate Keith Taylor's home address but due to the commonality of his name over 115 names appeared in my search making it impossible to reasonably identify him or his address.

Dated: _____

_____
CESSELIE HERBERT-WIX

This affidavit subscribed and sworn to
Before me this 21st day of March 2025.

_____, Notary Public
Oakland County, Michigan

My commission expires: 10/14/27.

MYRA MANALO
Notary Public, State of Michigan
County of Oakland
My Commission Expires 10-14-2027
Acting in the County of Oakland

{00769153.DOCX}