# EXHIBIT

# 5



**WILLIAM C. MCCONICO**
**CHIEF JUDGE**

# State of Michigan
# 36th District Court
### 421 Madison
### Detroit, Michigan 48226-2358
www.36thdistrictcourt.org

PHONE (313) 965-8736
FAX: (313) 965-3951
William.McConico@36thDC.org

May 2, 2025

Via Reliable Delivery, and
Email @ silkyslim63@yahoo.com, and
U.S First Class Mail.

Keith Taylor
20312 Westhaven Avenue
Southfield, Michigan 48075

RE: As-Needed Basis Independent Contractor

Mr. Taylor:

This correspondence is to inform you that effective immediately, you are being removed from the schedule as an As-Needed Basis Independent Contractor while an investigation of a complaint is completed.

Regards,

*[signature]*

William C. McConico
Chief Judge

WCM/pw

cc: LaWanda Crosby, Court Administrator
David Cross, Judicial Assistant/General Counsel
File

Keith Taylor
20312 Westhaven Avenue
Southfield, Michigan 48075

**36th DISTRICT COURT**
**HUMAN RESOURCES DIVISION**
421 Madison
Detroit, Michigan 48226-2358