UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ELG, et al.,

          Plaintiff(s),

v.                                  Case No. 2:24−cv−12195−DML−KGA
                                         Hon. David M. Lawson

Kenneth King, et al.,

          Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge David M. Lawson at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 767. The following motion(s) are scheduled for hearing:

Motion to Set Aside – #67

- MOTION HEARING: September 23, 2025 at 03:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                         By: s/S. Pinkowski
                                                  Case Manager

Dated:   September 9, 2025