UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LATOREYA TILL, as conservator for the Estate
of ELG,

                Plaintiff,                        Case Number 24-12195

v.                                                Honorable David M. Lawson

KENNETH KING, UNIVERSAL PROTECTION
SERVICES, KEITH TAYLOR, and CATHY R.
GREER-FORTE,

                Defendants.
_____/

## ORDER SETTING ASIDE DEFAULT AND
## SETTING TIME TO RESPOND TO COMPLAINT, AND CANCELLING HEARING

On September 12, 2025, the parties filed a stipulation to set aside the Clerk's entry of default entered against defendant Keith Taylor. Based on the stipulation, the Court will set aside the default. The parties also stipulate that defendant Taylor may have 21 days to respond to the plaintiff's amended complaint. After Mr. Taylor responds to the complaint, the claims against him will be stayed to correspond with the stay of the remainder of the case until the pending appeal concludes. *See* ECF No. 65.

Accordingly, it is **ORDERED** that the parties' stipulation to set aside default (ECF No. 70) is **GRANTED**. The Clerk's entry of default issued on June 24, 2025 (ECF No. 58) is **SET ASIDE**.

It is further **ORDERED** that defendant Keith Taylor must respond to the amended complaint **on or before October 3, 2025**. The matter will be **STAYED** as to Taylor thereafter.

- 2 -

It is further **ORDERED** that the hearing on the motion to set aside the default presently scheduled for September 23, 2025 is **CANCELLED**.

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Dated:   September 12, 2025