**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

E.L.G., *a minor by Parent and Next Friend Latoreya Till* and LATOREYA TILL,

        Plaintiff,

v

JUDGE KENNETH KING, Individually; UNIVERSAL PROTECTION SERVICES d/b/a ALLIED UNIVERSAL SECURITY SERVICES and/or ALLIED UNIVERSAL SERVICES, LLC; KEITH TAYLOR, individually; and CATHY R. GREER-FORTE, Individually,

        Defendants.

Case No. 2:24-cv-12195
Hon. David M. Lawson

---

| | |
|---|---|
| **FIEGER, FIEGER, KENNEY & HARRINGTON, P.C.**<br>JAMES J. HARRINGTON (P65351)<br>GARY N. FELTY, JR. (P55554)<br>Attorneys for Plaintiff<br>19390 West Ten Mile Road<br>Southfield, Michigan 48075<br>(248) 355-5555/F:(248-355-3148<br>j.harrington@fiegerlaw.com | **THE PERKINS LAW GROUP**<br>TODD RUSSELL PERKINS (P55623)<br>Attorney for Defendant King<br>615 Griswold, Suite 400<br>Detroit, Michigan 48226<br>(313) 964-1702<br>tperkins@perkinslawgroup.net |
| **WILSON, ELSER, MOAKOWITZ EDELMAN & DICKER, LLP**<br>VALERIE HENNING MOCK (P55572)<br><br>MATTHEW J. HIGH (P82783)<br>Universal Security Services and Cathy Greeer-Forte<br>17197 N Laurel Park Drive, Suite 201<br>Livonia, Michigan 48152<br>(313) 327-3100/(313) 327-3101 (F)<br>Valerie.mock@wilsonelser.com<br>Matthew.high@wilsonelser.com | **LAWFIX LEGAL SERVICES, P.C.**<br>TOWANA TATE          (P61817)<br><br>Attorneys for Defendant Taylor<br>30300 Northwestern Hwy., Ste 110<br>Farmington Hills, MI 48334<br>(313) 971-6663 /(248-237-4397 (F)<br>tatelaw@msn.com |

## APPEARANCE

Please enter the Appearances of Towana Tate, of Lawfix Legal Services, P. C. as counsel for and on behalf of Defendant Keith Taylor.

        Respectfully submitted,

        **LAWFIX LEGAL SERVICES, P.C.**

        /s/ Towana Tate_____
        TOWANA TATE    (P61817)
        tatelaw@msn.com
        Attorneys for Keith Taylor
        30300 Northwestern Hwy., Ste 110
        Farmington Hills, Mi.  38334
        (313) 971-6663

Date: September 19, 2025

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy
Of the foregoing was served upon the
Attorneys of record of all parties to the
Above cause by USDC Eastern District
CM/ECF system on September 18, 2025

By: /s/ Towana Tate
TOWANA TATE